UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Donald R Tentler II  
    Lydia T Tentler  
        Debtor(s)

Case No. 12-05788

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/17/2012.

2) The plan was confirmed on 05/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/08/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/24/2013, 09/19/2014.

5) The case was dismissed on 10/10/2014.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $29,218.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $29,800.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $29,800.00

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,134.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,384.59

Attorney fees paid and disclosed by debtor:   $1,250.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED CARDIOLOGY | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED SURGICAL ASSOC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED WOMENS CARE CENTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD HOSPI | Unsecured | 358.77 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,990.06 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 872.22 | NA | NA | 0.00 | 0.00 |
| BEDINGFIELD & ROSS MD | Unsecured | 557.09 | NA | NA | 0.00 | 0.00 |
| BIORN CORPORATION | Unsecured | 208.90 | NA | NA | 0.00 | 0.00 |
| BIORN CORPORATION | Unsecured | 208.90 | NA | NA | 0.00 | 0.00 |
| BRUCE K CARLSON | Unsecured | 209.55 | NA | NA | 0.00 | 0.00 |
| BUFFALO GROVE ORTHOPAEDICS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 1,846.00 | 1,846.00 | 1,846.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,133.95 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 664.00 | 674.16 | 674.16 | 0.00 | 0.00 |
| DEBORAH METROKA | Unsecured | 62.10 | NA | NA | 0.00 | 0.00 |
| DERMUSS DERMATOLOGY LTD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ELGIN CLINIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST ANESTHESIOLOGISTS | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 10.93 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 16,095.47 | 16,095.47 | 16,095.47 | 15,867.71 | 928.74 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 13.50 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY WOMENS HEALTHCAR | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 714.97 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE CAPITAL RETAIL BANK | Unsecured | 384.37 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,956.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Unsecured | 358.77 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,817.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 867.00 | 1,169.88 | 1,169.88 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 599.01 | 599.01 | 599.01 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 1,533.20 | 1,991.04 | 1,991.04 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 895.22 | 895.22 | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 158.50 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC | Unsecured | 14.30 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 340.03 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 36,146.00 | 34,130.20 | 34,130.20 | 9,618.96 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 137.46 | 137.46 | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN NEUROSURGICAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| NWHC HOFFMAN ESTATES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 322.00 | 322.35 | 322.35 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 714.00 | 714.97 | 714.97 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 426.00 | 426.85 | 426.85 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 787.07 | 787.07 | 787.07 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 67,063.04 | 69,687.32 | 69,687.32 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 867.72 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REWARD ZONE PROGRAM MASTERC | Unsecured | 594.82 | NA | NA | 0.00 | 0.00 |
| REWARD ZONE PROGRAM MASTERC | Unsecured | 653.56 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,925.26 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GASTROENTEROLOGY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYSICIA | Unsecured | 31.10 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 23.91 | NA | NA | 0.00 | 0.00 |
| VHS GENESIS LABS | Unsecured | NA | 93.00 | 93.00 | 0.00 | 0.00 |
| YATES & ASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $34,130.20 | $9,618.96 | $0.00 |
| Debt Secured by Vehicle | $16,095.47 | $15,867.71 | $928.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$50,225.67** | **$25,486.67** | **$928.74** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$79,344.33** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,384.59 |
| Disbursements to Creditors | $26,415.41 |
| **TOTAL DISBURSEMENTS** : | **$29,800.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/10/2014                     By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**